

# Case Assignment
# Standard Criminal Assignment

Case number **3:22CR-154-DJH**

Assigned : Judge David J. Hale
Judge Code : 4415

Assigned on 12/6/2022 1:02:10 PM
Transaction ID: 71870

[ Request New Judge ]　[ Return ]