FILED
JAMES J. VILT, JR. - CLERK

DEC - 6 2022

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA            PLAINTIFF

v.            Criminal Action No.: 3:22-CR-154-DJH

CLAYTON HODGES
TIMOTHY MARTIN            DEFENDANTS

NOTICE OF ENTRY OF APPEARANCE

Special Assistant United States Attorney Emily Lantz hereby enters her appearance of record on behalf of the United States of America.

Respectfully submitted,

MICHAEL A. BENNETT
United States Attorney

*/s/ Emily Lantz*

_____
Emily Lantz
Special Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
Phone: (502) 779-2780
Email: Emily.Lantz@usdoj.gov