**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

**UNITED STATES OF AMERICA**                                    **PLAINTIFF**


**v.**                                    **CRIMINAL NO. 3:22-CR-00154-DJH**
                                    *Filled Electronically*


**CLAYTON HODGES, et al**                                    **DEFENDANT**


NOTICE OF SUBSTITUTION OF COUNSEL

Assistant United States Attorney Mac Shannon hereby enters his appearance of record on

behalf of the United States of America.  Please remove Emily Lantz as counsel of record in the

above-styled case and she should also be removed from the electronic notification process.

Respectfully submitted,

MICHAEL A. BENNETT
United States Attorney


_____
Mac Shannon
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
(502) 582-6294

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2023, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

_____
Mac Shannon
Assistant United States Attorney