UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,     Plaintiff,

v.     Criminal Action No. 3:22-cr-154-DJH

CLAYTON HODGES and
TIMOTHY MARTIN,     Defendants.

\* \* \* \* \*

### ORDER

An indictment was returned in this matter on December 6, 2022. (Docket No. 1) The record reflects no substantive activity since that time. Accordingly, it is hereby

**ORDERED** that within **ten (10) days** of entry of this Order, the United States shall file a report advising the Court of the status of this case.

March 13, 2023

David J. Hale, Judge
United States District Court

1