UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                         PLAINTIFF

v.                                                              CRIMINAL NO.: <u>3:22-CR-00154-DJH</u>

CLAYTON HODGES                                                                   DEFENDANT

PETITION FOR WRIT OF HABEAS
<u>CORPUS AD PROSEQUENDUM</u>

Petitioner, United States of America, by counsel, respectfully shows to this Honorable Court that Clayton Hodges is now confined in the Green River Correctional Complex in Central City, Kentucky, under authority of the Jailer, and in accordance with the laws thereof, having been convicted of an offense against the laws of the State of Kentucky by virtue of which sentence the Jailer of said Green River Correctional Complex now holds the said Clayton Hodges.

Your petitioner avers that a criminal proceeding is now pending in the United States District Court for the Western District of Kentucky, at Louisville, Kentucky, charging him with violations of Title 18, United States Code, Section 922(g)(1), 924(a)(2), and 922(o), which action will be called for arraignment before this Honorable Court on April 26, 2023, at 1:30 p.m., at Louisville, Kentucky.

WHEREFORE, your petitioner prays that this Honorable Court forthwith order a writ of habeas corpus ad prosequendum to issue from this Court to the United States Marshal for the Western District of Kentucky, and the Jailer at the Green River Correctional Complex at Central City, Kentucky, requiring them to produce the body of the said Clayton Hodges on or before

April 26, 2023, at 1:30 p.m., at Louisville, Kentucky, and to remain in federal custody until final resolution of this case, for the purpose of defending, if he wishes, against said prosecution.

                                                        Respectfully submitted,

                                                        MICHAEL A. BENNETT
                                                        United States Attorney

                                                        */s/ Mac Shannon*
                                                        _____
                                                        Mac Shannon
                                                        Assistant United States Attorney
                                                        717 West Broadway
                                                        Louisville, Kentucky 40202
                                                        (502) 582-6294

DATE: March 23, 2023

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                          PLAINTIFF

v.                                                                          CRIMINAL NO.:  3:22-CR-00154-DJH

CLAYTON HODGES                                                                          DEFENDANT

WRIT OF HABEAS CORPUS
AD PROSEQUENDUM

TO THE UNITED STATES MARSHAL FOR THE WESTERN DISTRICT OF KENTUCKY, AND THE JAILER OF THE GREEN RIVER CORRECTIONAL COMPLEX AT CENTRAL CITY, KENTUCKY, GREETINGS:

We command that you have the body of Clayton Hodges, now detained in the Green River Correctional Complex at Central City, Kentucky, under your custody as it is said, under safe and secure conduct on or before April 26, 2023, at 1:30 p.m., in Louisville, Kentucky, for appearance before the Judge of our District Court within and for the District aforesaid, and to remain in federal custody until final resolution of this case, for the purpose of defending, if he wishes, charges against him now pending in this Court, and after conclusion of said cause, that you return him to the said Green River Correctional Complex at Central City, Kentucky, under safe and secure conduct, and have you then and there this writ.