UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                        PLAINTIFF

v.                                                            Criminal Action No.: 3:22-CR-00154-DJH

CLAYTON HODGES
TIMOTHY MARTIN                                                                  DEFENDANTS

**ORDER REGARDING MOTION FOR LEAVE TO**
**FILE SEALED STATUS REPORT**
-Electronically Filed-

The United States of America having moved the Court for Leave to File Sealed Documents; and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED THAT the United States' Status Report, SEALED pending further Order of the Court.

March 24, 2023

**David J. Hale, Judge**
**United States District Court**