UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                                    PLAINTIFF

v.                                                                                    CRIMINAL NO.: 3:22-CR-00154-DJH

CLAYTON HODGES                                                                                          DEFENDANT

WRIT OF HABEAS CORPUS
<u>AD PROSEQUENDUM</u>

TO THE UNITED STATES MARSHAL FOR THE WESTERN DISTRICT OF KENTUCKY, AND THE JAILER OF THE GREEN RIVER CORRECTIONAL COMPLEX AT CENTRAL CITY, KENTUCKY, GREETINGS:

We command that you have the body of Clayton Hodges, now detained in the Green River Correctional Complex at Central City, Kentucky, under your custody as it is said, under safe and secure conduct on or before April 26, 2023, at 1:30 p.m., in Louisville, Kentucky, for appearance before the Judge of our District Court within and for the District aforesaid, and to remain in federal custody until final resolution of this case, for the purpose of defending, if he wishes, charges against him now pending in this Court, and after conclusion of said cause, that you return him to the said Green River Correctional Complex at Central City, Kentucky, under safe and secure conduct, and have you then and there this writ.

March 24, 2023

**David J. Hale, Judge**
**United States District Court**