**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**
**(Filed Electronically)**

**CRIMINAL NO. 3:22-CR-154-DJH**
**UNITED STATES OF AMERICA,**                                                                 **PLAINTIFF,**

vs.

**CLAYTON HODGES**                                                                                       **DEFENDANT.**

### UNOPPOSED MOTION TO REMAND TRIAL DATE, REMAND PRETRIAL DEADLINES, AND SCHEDULE STATUS HEARING

Comes the Defendant, Clayton Hodges, by counsel, and moves the Court to remand the trial that is currently date set for July 3, 2023, to remand the existing deadlines that the Court has set for pretrial filings, and to schedule a status hearing in the above case. As grounds for said motion, the undersigned states that discovery has been received recently in this case and additional time is required to review the material with the defendant and to consult with and advise him. The defendant agrees that the period of delay resulting from the continuance of this action shall be excluded in computing the time within which the trial of the offenses charged herein must commence pursuant to 18 USCA §3161(h)(7)(A), §3161(h)(7)(B)(ii), and §3161(h)(7)(B)(iv). Defense counsel has conferred with the United States and the Defendant's motion is unopposed.

/s/ Angela M. Rea
Assistant Federal Defender
200 Theatre Building

629 Fourth Street
Louisville, Kentucky 40202
(502) 584-0525
Counsel for Defendant.

## CERTIFICATE

I hereby certify that on May 23, 2023, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following: Mac Shannon, Assistant United States Attorney.

/s/ Angela M. Rea