**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**
**(Filed Electronically)**

**CRIMINAL NO. 3:22-CR-154-DJH**
**UNITED STATES OF AMERICA,**                                                      **PLAINTIFF,**

vs.

**CLAYTON HODGES**                                                                                **DEFENDANT.**

## ORDER

Defendant having moved the Court to remand the trial date currently set for July 3, 2023, to remand the pretrial deadlines that the Court has previously set, and to schedule a status conference; the United States having no objection thereto; and the Court being otherwise sufficiently advised,

**IT IS ORDERED AND ADJUDGED** that the trial date in this action scheduled for July 3, 2023, be, and the same hereby is, remanded, the previously set pretrial deadlines are be remanded, and a status conference shall be held on June 21, 2023, at 10:30 a.m..

**IT IS FURTHER ORDERED AND ADJUDGED** that the period of delay resulting from the continuance of this action be, and the same hereby is, excluded in computing the time within which the trial of the offenses charged herein must commence pursuant to 18 USCA §3161(h)(7)(A), §3161(h)(7)(B)(ii), and §3161(h)(7)(B)(iv).