UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                                                    Plaintiff,

v.                                                                    Criminal Action No. 3:22-cr-154-DJH-1

CLAYTON HODGES,                                                                              Defendant.

\* \* \* \* \*

## MEMORANDUM OF CONFERENCE AND ORDER

A telephonic status conference was held in this matter on May 23, 2023, with the following counsel participating:

    For the United States:      Mac Shannon

    For Defendant:            Angela M. Rea

The Court and counsel discussed the procedural posture of the case, including the status of discovery. Defense counsel reported that additional time was needed to complete discovery and that she would file a motion to continue the trial. The United States had no objection to the proposed continuance. Based on the discussion during the conference, and by agreement of the parties, it is hereby

    **ORDERED** as follows:

    (1)    Defendant Clayton Hodges's unopposed motion to continue the trial (Docket No. 19) is **GRANTED**. The trial of this matter, currently set for July 3, 2023, is **REMANDED** from the Court's docket, to be reset by subsequent order. All pretrial dates and deadlines are **VACATED**.

    (2)    This matter is **SET** for an in-person status hearing on **June 21, 2023, at 10:30 a.m.** at the U.S. Courthouse in Louisville, Kentucky.

(3) Pursuant to 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(i), (h)(7)(B)(ii), and (h)(7)(B)(iv), the Court finds that **the period of delay from May 23, 2023, to June 21, 2023, is excludable in computing the time within which the trial must commence under the Speedy Trial Act**. The Court further finds that the ends of justice served by this delay outweigh the best interests of the public and the defendant in a speedy trial because failure to grant such a continuance would deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* § 3161(h)(7)(B)(iv); *Zedner v. United States*, 547 U.S. 489 (2006). This continuance is not being granted "because of general congestion of the court's calendar, or lack of diligent preparation or failure to obtain available witnesses on the part of the attorney for the Government." § 3161(h)(7)(C).

May 24, 2023

David J. Hale, Judge
United States District Court

Court Time: 00/05
Court Reporter: Dena Legg

cc:     Jury Administrator