UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,　　　　　　　　　　　　　　　　　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　Criminal Action No. 3:22-cr-154-DJH-1

CLAYTON HODGES,　　　　　　　　　　　　　　　　　　　　　Defendant.

\* \* \* \* \*

**ORDER**

The parties have jointly informed the Court that they request a date for a change-of-plea hearing. Accordingly, and with the agreement of the parties, it is hereby

**ORDERED** as follows:

(1)　The in-person status hearing of this matter, currently set for June 21, 2023, is **REMANDED** from the Court's docket.

(2)　This matter is **SET** for a change-of-plea hearing on **July 6, 2023, at 2:30 p.m.** at the U.S. Courthouse in Louisville, Kentucky.

(3)　Pursuant to 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(i), (h)(7)(B)(ii), and (h)(7)(B)(iv), the Court finds that **the period of delay from June 20, 2023, to July 6, 2023, is excludable in computing the time within which the trial must commence under the Speedy Trial Act**. The Court further finds that the ends of justice served by this delay outweigh the best interests of the public and the defendant in a speedy trial because the defendant would otherwise be denied the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* § 3161(h)(7)(B)(iv); *Zedner v. United States*, 547 U.S. 489 (2006). This delay is not due to "general congestion of the court's calendar, or lack of diligent preparation or failure to obtain available witnesses on the part of the attorney for the Government." § 3161(h)(7)(C).

June 21, 2023

David J. Hale, Judge
United States District Court