**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**
**(Filed Electronically)**

**CRIMINAL ACTION NO. 3:22CR-154-DJH**
**UNITED STATES OF AMERICA,**             **PLAINTIFF,**

**vs.**

**CLAYTON HODGES,**             **DEFENDANT.**

## ORDER

Defendant having moved the Court to downward depart; the United States having responded thereto; and the Court being otherwise sufficiently advised,

**IT IS ORDERED AND ADJUDGED** that the defendant's motion for a downward departure is hereby **GRANTED**.

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808