UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                                                    CRIMINAL NO. 3:22-CR-00154-1-DJH
*Electronically Filled*

CLAYTON HODGES                                                  DEFENDANT

## **SENTENCING MEMORANDUM**

The United States has received and reviewed Clayton Hodges's Presentence Investigation Report (PSR). (DN 29 Final PSR). Having found no substantial errors with the PSR, the United States has informed United States Probation there will be no objections thereto.

At sentencing, scheduled for October 18, 2023, at 9:30 a.m., the United States intends to motion the Court, pursuant to U.S.S.G. § 3E1.1 (b), for an additional one-level reduction for Mr. Hodges's timely acceptance of responsibility. The United States shall make sentencing recommendations to the Court consistent with the Rule 11(c)(1)(B) plea agreement [DN 23], filed on July 6, 2023.

                                                        Respectfully submitted,

                                                        MICHAEL A. BENNETT
                                                        United States Attorney

                                                        Mac Shannon
                                                        Assistant U.S. Attorney
                                                        717 West Broadway
                                                        Louisville, Kentucky 40202
                                                        (502) 582-5911

## CERTIFICATE OF SERVICE

      I hereby certify that on October 10, 2023, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                        Mac Shannon
                                        Assistant United States Attorney