UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
**(Filed Electronically)**

**CRIMINAL ACTION NO.: 3:22CR-154-DJH**

**UNITED STATES OF AMERICA,**                          **PLAINTIFF,**

**vs.**

**CLAYTON HODGES.**                                        **DEFENDANT.**

**SUPPLEMENT TO DEFENDANT'S SENTENCING MEMORANDUM AND REQUEST FOR DOWNWARD VARIANCE**

       The Defendant, Clayton Hodges, respectfully submits this Supplement to the Sentencing Memorandum that was filed on October 4, 2023. The purpose of this Supplement is to correct the sentence requested. Section G of that prior Memorandum incorrectly stated the low end of the advisory guideline range. The correct low end of the applicable advisory guidelines is a sentence of 37, not 33 months. Therefore, accounting for the 17 months of imprisonment from May 22, 2022, credit, Mr. Hodges respectfully requests that the Court sentence him to 20 months imprisonment, based on the arguments set out in the Memorandum.

                                                   Respectfully submitted,

                                                   /s/ Angela M. Rea
                                                   Assistant Federal Defender
                                                   200 Theatre Building
                                                   629 Fourth Street
                                                   Louisville, Kentucky 40202
                                                   (502) 584-0525

                                                   Counsel for Defendant.

## CERTIFICATE

      I hereby certify that on October 11, 2023, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following: Hon. Mac Shannon, Assistant United States Attorney.

      /s/ Angela M. Rea